ELLIS v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. March 11, 1916.) No. 4669. In Error to the District Court of the United States for the Eastern District of Missouri. Writ of error docketed and dismissed as to Albert Ellis, without costs to either party in this court, on motion of defendant in error. Vance J. Higgs, Asst. U. S. Atty., of St. Louis, Mo.

---

FIREBALL GAS TANK & ILLUMINATING CO. et al. v. COMMERCIAL ACETYLENE CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 1, 1916.) No. 3781. Appeal from the District Court of the United States for the Eastern District of Missouri. Appeal dismissed, with costs, for want of prosecution. Hugh K. Wagner and John H. Bruninga, both of St. Louis, Mo., for appellants. Fordyce, Holliday & White, of St. Louis, Mo., for appellees.

---

GOTTLIEB v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 23, 1916.) No. 4463. In Error to the District Court of the United States for the Western District of Oklahoma. Motion of plaintiff in error for a continuance denied. Writ of error dismissed, without costs to either party in this court, for want of prosecution, on motion of defendant in error. John A. Remy, of Guthrie, Okl., for plaintiff in error. John A. Fain, U. S. Atty., of Lawton, Okl.

---

LUMINOUS UNIT CO. v. FRANK ADAM ELECTRIC CO. (Circuit Court of Appeals, Eighth Circuit. May 2, 1916.) No. 4631. Appeal from the District Court of the United States for the Eastern District of Missouri. Appeal dismissed, with costs, for want of prosecution, on motion of appellee, with leave to appellant to move for good cause shown to have appeal reinstated. Edwin E. Huffman, of St. Louis, Mo., for appellant. Paul Bakewell, of St. Louis, Mo., for appellee.

---

McCALLUM v. WESTERN COAL & MINING CO. (Circuit Court of Appeals, Eighth Circuit. January 13, 1916.) No. 4557. In Error to the District Court of the United States for the Western District of Arkansas. Writ of error voluntarily dismissed by plaintiff in error at her costs, pending the consideration by the court of the motion of defendant in error to dismiss. Winchester & Martin, of Ft. Smith, Ark., for plaintiff in error. Ira D. Oglesby, of Ft. Smith, Ark., and Thomas T. Railey, and Edward J. White, both of St. Louis, Mo., for defendant in error.